No. 691. DAULTON, ADMINISTRATRIX, *v.* SOUTHERN PACIFIC Co. C. A. 9th Cir. Certiorari denied. *Clifton Hildebrand* for petitioner. *Clarence J. Young* for respondent.

No. 700. CITY OF WENDELL, IDAHO, *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Branch Bird* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub, Paul A. Sweeney* and *William W. Ross* for the United States.

No. 753. BRIDGFORD *v.* SAMPSELL, TRUSTEE IN BANKRUPTCY. C. A. 9th Cir. Certiorari denied. *Kyle Z. Grainger* for petitioner. *Thomas S. Tobin* for respondent.

No. 693. MARKS *v.* POLAROID CORPORATION. C. A. 1st Cir. Motion for leave to file brief of Matthew Fox, as *amicus curiae,* granted. Certiorari denied. *Floyd H. Crews* for petitioner. *Donald L. Brown* for respondent.

No. 1, Misc. MATTHEWS *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied. Petitioner *pro se. Latham Castle,* Attorney General of Illinois, for respondent.

No. 13, Misc. PATTERSON *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied. Petitioner *pro se. Latham Castle* for respondent.

No. 60, Misc. CROSS *v.* ELLIS, GENERAL MANAGER, TEXAS PRISON SYSTEM, ET AL. Court of Criminal Appeals of Texas. Certiorari denied.

No. 315, Misc. HATCHETT *v.* O'BRIEN ET AL. C. A. 6th Cir. Certiorari denied.